# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHNNY R. SIMMONS § | |
|     TDCJ-CID #1164737 § | |
| v. § | C.A. NO. C-05-34 |
| § | |
| O. MENDOZA, ET AL. § | |

## ORDER OF DISMISSAL

On May 13, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 12). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's lawsuit is dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

ORDERED this 10th day of June, 2005.

                                                  _____
                                                  HAYDEN HEAD
                                                  CHIEF JUDGE

Case 2:05-cv-00034   Document 13   Filed in TXSD on 06/10/05   Page 2 of 2